**SCHEDULE A**







