US0D1050196S

(12) **United States Design Patent** (10) Patent No.: **US D1,050,196 S**
Yang (45) Date of Patent: ** Nov. 5, 2024

(54) **SEWING MAGNETIC SEAM GUIDE**

(71) Applicant: **Shenzhen Andingsheng Trading Co., Ltd.**, Shenzhen (CN)

(72) Inventor: **Huizong Yang**, Shenzhen (CN)

(73) Assignee: **Shenzhen Andingsheng Trading Co., Ltd.**, Shenzhen (CN)

( * ) Notice: Patent file contains an affidavit/declaration under 37 CFR 1.130(b).

(**) Term: **15 Years**

(21) Appl. No.: **29/939,625**

(22) Filed: **Apr. 28, 2024**

(51) **LOC (14) Cl.** ............................................... **15-06**
(52) **U.S. Cl.**
USPC ....................................................... **D15/72**
(58) **Field of Classification Search**
USPC ... D8/71, 72, 73, 74, 52, 53, 54, 55, 56, 57;
D8/58, 59, 15, 16, 349, 354, 357;
D15/72
CPC . Y10T 408/567; B23B 47/287; B23B 47/288;
B23B 2247/10; B23B 45/001; B23B
2260/088; B23B 29/20; B23B 29/244;
B23B 31/00; B23B 31/005; B23B 45/006;
B23B 45/005; B23B 49/02; B23B 49/023;
B23B 51/009; B25B 23/00; B25B
23/0085; B25B 23/08; B25B 23/10; B25B
11/007; B25B 13/481; B25B 5/003; B25B
5/006; B25B 5/067; B25B 5/082; B25B
5/125; B25B 5/163; B25B 1/2484; B25B
1/00; B25B 11/002; B25B 13/56; B25B
7/02; B25B 7/123
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 2,818,826 | A | | 1/1958 | Sigoda | |
|---|---|---|---|---|---|
| 3,401,658 | A | * | 9/1968 | Kirby | ..................... D05B 35/10 112/153 |
| 3,461,826 | A | | 8/1969 | Scholl et al. | |
| 4,484,632 | A | | 11/1984 | Norz | |
| 4,546,716 | A | | 10/1985 | Babson et al. | |
| D315,002 | S | * | 2/1991 | Ward | ........................... D21/685 |
| D315,490 | S | * | 3/1991 | McAfee | ......................... D8/354 |
| D332,614 | S | * | 1/1993 | Lindsay | ......................... D15/78 |
| D337,509 | S | * | 7/1993 | Lebow | ........................... D8/354 |
| D349,232 | S | * | 8/1994 | Lebow | ........................... D8/354 |
| D509,229 | S | * | 9/2005 | Kawaguchi | .................... D15/78 |

(Continued)

OTHER PUBLICATIONS

Magnetic Seam Guide, available in Amazon.com, date first available Dec. 29, 2023 [online], [site visited May 29, 2024], Available from the internet URL: https://www.amazon.com/Upgraded-Multifunctional-Universal-Attachments-Accessories/dp/B0CP264LBH/ref=asc_df_B0CP264LBH/?tag=hyprod-20&linkCode=df0&hvadid=6 (Year: 2023).*

(Continued)

*Primary Examiner* — Calvin E Vansant
*Assistant Examiner* — Eidiol Ghigliotty Torre
(74) *Attorney, Agent, or Firm* — Olive Law Group, PLLC

(57) **CLAIM**

The ornamental design for a sewing magnetic seam guide, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front and right side perspective view of a sewing magnetic seam guide showing my new design;
FIG. **2** is a bottom, rear and left side perspective view thereof;
FIG. **3** is a top plan view thereof;
FIG. **4** is a bottom plan view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a rear elevational view thereof; and,
FIG. **8** is a front elevational view thereof.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

```
  D514,135   S   *    1/2006   Kawaguchi .................... D15/72
8,020,502    B2        9/2011   Hanada
11,060,221   B2        7/2021   Minematsu et al.
D1,005,076   S   *   11/2023   Hall ................................ D8/71
```

OTHER PUBLICATIONS

Amazon,"Toovren Upgraded Magnetic Seam Guide for Sewing Machine, Buddy Sew Magnetic Seam Guide, Universal Seam Guide, Hemmer Guide, Multifunctional Hem Guide for Sewing Machine, Sewing Supplie Accessories" Retrieved on Apr. 28, 2024 from https://www.amazon.com/TOOVREN-Upgraded-Universal-Multifunctional-Accessories/dp/B0CJM47S8S/ref=sr_1_4_sspa?crid=2JMD6OWLP6RMZ&dib=eyJ2ljoiMSJ9.tOfTmYjIDzVD_eeaYOhyGG3xUhrymGv2bk8m7ih-.

* cited by examiner



FIG. 1

Case: 1:25-cv-02745 Document #: 1-4 Filed: 03/17/25 Page 4 of 10 PageID #:117



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8